JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BEATRIZ GUTIERREZ | ) | Case No.: CV11-7099 DSF (OPx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| BANK OF AMERICA, et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

2/17/12

Dated: _____

_____
Dale S. Fischer
United States District Judge